```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 17590
   BERNIECE COGSHELL EDWARDS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0922


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/04/2005 and was confirmed 06/20/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.28% from remaining funds.

    The case was paid in full 06/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
PHONE-CO CREDIT UNION    SECURED            1950.00         133.16       1950.00
PHONE-CO CREDIT UNION    UNSECURED          7231.58            .00       2695.57
SYSTEMS & SERVICES TECH  SECURED           10272.62         823.19      10272.62
SYSTEMS & SERVICES TECH  UNSECURED        NOT FILED            .00           .00
SST INC                  NOTICE ONLY      NOT FILED            .00           .00
INTERNAL REVENUE SERVICE PRIORITY           4539.57            .00       4539.57
ADVOCATE CHRIST MEDICAL  UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SERV NOTICE ONLY      NOT FILED            .00           .00
ADVOCATE MEDICAL GROUP   UNSECURED        NOT FILED            .00           .00
PALISADES COLLECTION LLC UNSECURED OTH      756.88            .00        282.15
AT&T WIRELESS            NOTICE ONLY      NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED           160.00            .00         59.64
CITY OF CHICAGO PARKING  NOTICE ONLY      NOT FILED            .00           .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY      NOT FILED            .00           .00
CHRIST HOSPITAL          UNSECURED        NOT FILED            .00           .00
MEDICAL RECOVERY SPECIAL NOTICE ONLY      NOT FILED            .00           .00
COMCAST                  UNSECURED        NOT FILED            .00           .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED            .00           .00
EYE CARE PHYSICIANS      UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC      UNSECURED           779.96            .00        290.73
FIRST NATIONAL BANK OF M NOTICE ONLY      NOT FILED            .00           .00
PREMIER BANCARD CHARTER  UNSECURED           665.44            .00        248.04
PREMIER BANCARD CHARTER  NOTICE ONLY      NOT FILED            .00           .00
JEWEL OSCO  US BANK      UNSECURED        NOT FILED            .00           .00
LASALLE BANK             UNSECURED        NOT FILED            .00           .00
PALOS HILLS POLICE DEPT  UNSECURED        NOT FILED            .00           .00
RUSH UNIVERSITY          UNSECURED        NOT FILED            .00           .00
RUSH PRESBYTERIAN HOSPIT NOTICE ONLY      NOT FILED            .00           .00
SYSTEMS & SERVICES TECH  UNSECURED        NOT FILED            .00           .00
TELECHECK                UNSECURED        NOT FILED            .00           .00
TELECHECK                UNSECURED        NOT FILED            .00           .00
INTERNAL REVENUE SERVICE UNSECURED           681.93            .00        254.19
```

```
ZALUTSKY & PINSKI LTD    REIMBURSEMENT    194.00              .00        194.00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    2,700.00                        2,700.00
TOM VAUGHN               TRUSTEE                                        1,457.14
DEBTOR REFUND            REFUND                                           350.00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    26,250.00

PRIORITY                                             4,733.57
SECURED                                             12,222.62
   INTEREST                                            956.35
UNSECURED                                            3,830.32
ADMINISTRATIVE                                       2,700.00
TRUSTEE COMPENSATION                                 1,457.14
DEBTOR REFUND                                          350.00
                          --------------         --------------
TOTALS                     26,250.00                26,250.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 09/25/08            _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                             PAGE    2
            CASE NO. 05 B 17590 BERNIECE COGSHELL EDWARDS